IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Janet Gwyn Crowe | ) | Case No. 05-53645 |
| | ) | |
| | ) | Adv. Pro. No. 06-5030 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**MOTION TO DISMISS ADVERSARY COMPLAINT**

1. Debtor, Janet Gwyn Crowe, commenced this action by filing an Adversary Complaint in the United States Bankruptcy Court.

2. Debtor, Janet Gwyn Crowe, voluntarily moves to dismiss this Adversary Complaint with prejudice pursuant to Bankruptcy Rule 7041.

Wherefore, debtor prays for an Order to Dismiss the Adversary Complaint.

Date: June 22, 2006          /s/Cynthia A. Tannert
                             Cynthia A. Tannert #021717
                             Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Debtors Motion to Dismiss Adversary Complaint and the Agreed Order of Dismissal were sent to Kenneth Clark Hood, 100 South Main Street, Greeneville, TN 37743, by United States Mail on this the 22nd day of June, 2006.

/s/Cynthia A. Tannert
Cynthia A. Tannnert
Attorney for Debtor